# Exhibit A to the Complaint

**Location:** Houston, TX  
**Total Works Infringed:** 31  
**IP Address:** 98.44.59.200  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4217E31FCB26A95A88051E56C8F7820FBE71F909<br>File Hash:<br>CC7439CA0EFF5ACA7404972A9CAC0E92C673E64B47F2A821C6D908F8A4076ED2 | 04/23/2024<br>18:51:04 | Blacked Raw | 04/22/2024 | 05/07/2024 | PA0002469678 |
| 2 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash:<br>654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 05/27/2023<br>20:23:48 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 3 | Info Hash: F25A8DD3192FA2965BA54A591774A990C9E80C5B<br>File Hash:<br>E5D18A3131937B4CA5A8BCA3C61A9B24175C98798375CACE01C78476725435D5 | 05/15/2023<br>15:04:34 | Blacked Raw | 05/09/2023 | 05/14/2023 | PA0002411297 |
| 4 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash:<br>15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04/18/2023<br>16:28:48 | Blacked Raw | 04/14/2023 | 05/14/2023 | PA0002411257 |
| 5 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash:<br>345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 03/27/2023<br>02:38:06 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 6 | Info Hash: 45E6D74963C18BF60B8A529AA23A409FE53E37B4<br>File Hash:<br>BE684BC9C4A7C8B78AAD19E736ECB287799E535F2EC01A1E8DC53EAFF2B79681 | 03/14/2023<br>17:10:35 | Blacked | 03/11/2023 | 04/09/2023 | PA0002405763 |
| 7 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash:<br>7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 03/06/2023<br>23:11:37 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 8 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash:<br>FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 03/02/2023<br>16:57:48 | Blacked Raw | 02/23/2023 | 03/06/2023 | PA0002399998 |
| 9 | Info Hash: AB6EBAFD49EADD71F2316803BF55B6FB26B81EFA<br>File Hash:<br>22615C4D20273E938E3CC616950F1799A09B612D67EDC9E5CEBB1131A780617F | 02/14/2023<br>18:42:05 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 10 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash:<br>373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02/05/2023<br>21:40:59 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 11 | Info Hash: 98637BC929C57772C85F3F1EFDF1AB3B6D91489A<br>File Hash:<br>65D701372E05609BDB1A44C216DF869336C4B724B51ABF3575FFA5DF4F072370 | 01/31/2023<br>19:20:50 | Blacked | 01/28/2023 | 03/07/2023 | PA0002400316 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: BAB0E5B328DD935698943D7C572BF63BFBB6C886<br>File Hash:<br>C1DFAA775677D4FC02110E93275C748355482A4288E3F02CF19D14693A48FB43 | 01/16/2023<br>22:57:02 | Blacked | 01/14/2023 | 01/27/2023 | PA0002393079 |
| 13 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash:<br>BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11/07/2022<br>20:21:05 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 14 | Info Hash: 683D195A59B4317C2B5992238F449715DD90C483<br>File Hash:<br>744348309CE9A164A053E1EF75B42125425425CF45F1FE2ED70F3C26ED3E67E8 | 10/31/2022<br>23:11:20 | Vixen | 10/28/2022 | 12/11/2022 | PA0002384773 |
| 15 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash:<br>68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07/22/2022<br>15:55:05 | Blacked | 07/16/2022 | 07/22/2022 | PA0002359474 |
| 16 | Info Hash: F32615CF72189CDD69E6151E4903AC651D3A7063<br>File Hash:<br>6891E3B37E52096A272BBC88EDD1A35D8021ED2711AB1A0858FAA335BDE45B8A | 07/11/2022<br>03:51:33 | Blacked Raw | 07/04/2022 | 07/22/2022 | PA0002359466 |
| 17 | Info Hash: 6902DC672B3C032B826DC579A9CD497D8DC64E25<br>File Hash:<br>753E8924910F86A17C85115140D693CE2FD664EA1FF132F5554CA0CBB66FC0D2 | 07/05/2022<br>03:00:41 | Blacked Raw | 01/10/2022 | 02/14/2022 | PA0002335456 |
| 18 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash:<br>B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06/21/2022<br>18:00:38 | Blacked | 06/18/2022 | 06/27/2022 | PA0002355032 |
| 19 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash:<br>E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 06/15/2022<br>05:06:21 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 20 | Info Hash: A8EC61CFDDDE3AD8A8898F05ACE3418B5DFF3014<br>File Hash:<br>634F33148B5E71A11DBA1AFEACA11D1BDA59B891FC5523A2D39B5057867B7EE3 | 06/01/2022<br>22:24:46 | Blacked | 05/28/2022 | 06/27/2022 | PA0002355034 |
| 21 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash:<br>E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 05/25/2022<br>07:09:15 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 22 | Info Hash: 7D5BCAF63FFC5229FA328B1F99D0847A5C49F614<br>File Hash:<br>65A4936BA229BE949D4F26EF046EDE9DC179E8C90027F95692A292AF1F1AC661 | 05/19/2022<br>00:56:35 | Tushy | 05/15/2022 | 05/20/2022 | PA0002350379 |
| 23 | Info Hash: 98D9632CEE8326D9BA4EC22F783C5DB694A8DB20<br>File Hash:<br>D58D4A2E9DC7B4D3ABC9D54406493C8F733CDD2BDF1B4101189250EEE6D73CA3 | 05/03/2022<br>22:23:04 | Tushy | 05/01/2022 | 05/20/2022 | PA0002350375 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 80481B00B55C0E63D095FE9CD9E293C57C1DF0D4<br>File Hash: C9720FFE193364AB206BED3C5D77239FCDBDE8F6632447685B1C4C6C587FF2D0 | 04/20/2022 05:24:51 | Tushy | 04/17/2022 | 04/23/2022 | PA0002346417 |
| 25 | Info Hash: 6C9157F589F10DBB923A2C6F0EA79D211FE2D789<br>File Hash: 1B6B502903A781D43CF83C84A057633749B639CC9E15E0B0F89E912E0966A04F | 04/13/2022 06:04:15 | Tushy | 04/10/2022 | 04/23/2022 | PA0002346425 |
| 26 | Info Hash: 41B9096615FF294EFEDFF42BCC3ECCDAA0995D65<br>File Hash: 2EE66FF9981F894019BCF2A2479BEE32ABA6C2E16B91BB51B415750A635A5F42 | 04/06/2022 17:23:05 | Blacked Raw | 04/04/2022 | 04/23/2022 | PA0002346436 |
| 27 | Info Hash: 937DC1653A02F8962CF24B303EA2796B92C0A9F3<br>File Hash: 637F078F7E687CA2AA5D2AB41688E4D1795C39FE369FACAE0B2F29F903F5994E | 03/29/2022 04:46:30 | Blacked | 03/26/2022 | 04/23/2022 | PA0002346435 |
| 28 | Info Hash: 92D5BC7B567BCE82314A5D480DC48BD3645F29D9<br>File Hash: 57A71876B9677D9A3FFEF1396D8C4B9093C9AAB5CFAD32EB8F93E4BB471C85F2 | 03/06/2022 05:36:24 | Blacked Raw | 02/28/2022 | 03/29/2022 | PA0002342857 |
| 29 | Info Hash: BC80BD3F8F630435C9109119CEDCCFC79247AFFC<br>File Hash: D6BBE2CEBDCE49178C2A67389B6D02D0DD75744CF01945D2458FF4E1337B4ABD | 03/01/2022 16:38:21 | Tushy | 02/27/2022 | 03/29/2022 | PA0002342706 |
| 30 | Info Hash: 540D644F7CF4DC47791772863E6BA03A72606F6D<br>File Hash: F978C6F42E86569866612143F5CEA150485BFF0DB9B90999F20D4408700E2B1D | 02/16/2022 15:54:59 | Blacked | 02/12/2022 | 02/14/2022 | PA0002335505 |
| 31 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02/13/2022 01:50:59 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |